No. 288. CHUBB *v.* WASHINGTON. Motion submitted September 10, 1934. Decided October 8, 1934. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented federal question. *Kerr Glass Mfg. Corp.* v. *Superior Court*, 286 U. S. 532; *White River Co.* v. *Arkansas*, 279 U. S. 692, 700; *Hiawassee River Power Co.* v. *Carolina-Tennessee Power Co.*, 252 U. S. 341, 344; *Cleveland & Pittsburgh R. Co.* v. *Cleveland*, 235 U. S. 50, 53; *Manhattan Life Ins. Co.* v. *Cohen*, 234 U. S. 123, 134; *Chapin* v. *Fye*, 179 U. S. 127, 129, 130. The motion for leave to proceed further herein *in forma pauperis* is denied. *Mr. Paul Cassel Chubb, pro se. Mr. Charles W. Greenough* for respondent.

No. —, original. EX PARTE BROWN. October 8, 1934. The motion for leave to file a petition for writ of habeas corpus is denied. *Mr. John Brown, pro se.*